IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNE WERTHEIM, | |
| Plaintiff, | Case No.: 1:24-cv-00608 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Anne Wertheim ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Anne Wertheim and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on February 7, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Corrected TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with

accounts at the Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") marketplaces, as identified in Exhibit 2 to the Declaration of Anne Wertheim as being related to the defendants.

4. I hereby certify that on or before February 7, 2024, I electronically published the Complaint, TRO, Corrected TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on February 7, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Corrected TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon and Walmart marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2024.

                                                          */s/ Keith A. Vogt*
                                                          Keith A. Vogt
                                                          *Counsel for Plaintiff*