**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANNE WERTHEIM, | |
| Plaintiff, | Case No.: 1:24-cv-00608 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, March 7, 2024, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Charles P. Kocoras of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

To join the hearing, dial 888-684-8852; access code 8819984.

DATED: February 29, 2024

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

      /s/ *Keith A. Vogt*
      Keith A. Vogt, Esq.